## Commonwealth *v.* Powell, Appellant.

Submitted June 10, 1968. *James Powell,* appellant, in propria persona; *Walter W. Cohen* and *James D. Crawford,* Assistant District Attorneys, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.